# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO,<br><br>        Plaintiff,<br><br>    v.<br><br>C. BELTRAN,<br><br>        Defendant. | CASE NO. 1:10-cv-00871-BAM PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 17)<br><br>Amended Discovery Cut-Off Date: April 20, 2012<br>Amended Dispositive Motion Deadline: July 31, 2012 |

      Plaintiff Dorian M. Aquino is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed May 17, 2010, against Defendant Beltran for excessive force in violation of the Eighth Amendment. On May 27, 2011, a discovery and scheduling order issued setting the discovery deadline for January 17, 2012, and the dispositive motion deadline for May 26, 2012. On January 17, 2012, Defendant filed a motion to amend the discovery and dispositive motion deadlines.

      On January 17, 2012, defense counsel traveled from San Diego County to Mule Creek State Prison ("MCSP") to take Plaintiff's deposition. Upon arriving at MCSP defense counsel was informed that Plaintiff was ill and would not be able to be deposed. Defendant requests a modification of the scheduling order to allow the deposition of Plaintiff and for the preparation of a dispositive motion. The Court finds that good cause exists to amend the discovery and scheduling order. Accordingly it is HEREBY ORDERED that:

    1.    Defendant's motion for an extension of the discovery and dispositive motion deadline is GRANTED;

1

2.      The discovery and scheduling order, issued May 17, 2011 is modified as follows:

     a.      The amended discovery cut-off date shall be April 20, 2012,

     b.      Dispositive motions shall be filed on or before July 31, 2012; and

3.      All other established deadlines in this action shall remain unchanged.

IT IS SO ORDERED.

Dated:    **January 18, 2012**            /s/ **Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE