# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO,<br><br>        Plaintiff,<br><br>  v.<br><br>C. BELTRAN,<br><br>        Defendant. | CASE NO. 1:10-cv-00871-BAM PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO FED. R. CIV. PROC. 41(a)(2)  (ECF No. 19)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE  AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

      Plaintiff Dorian M. Aquino is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the complaint, filed May 17, 2010, against Defendant C. Beltran for the use of excessive force in violation of the Eighth Amendment.  Defendant Beltran filed an answer on May 16, 2011.  On May 3, 2012, Plaintiff filed a request that this action against Defendant Beltran be dismissed, with prejudice.

      Pursuant to Federal Rule of Civil Procedure 41(a)(2) "an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper."  The Court shall grant Plaintiff's request that this action be dismissed, with prejudice.

      Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is HEREBY ORDERED that this action is DISMISSED, with prejudice and the Clerk of the Court is directed to close this action.

      IT IS SO ORDERED.

      Dated:   May 4, 2012                /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE